# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# TALLAHASSEE DIVISION

KELLEY SUE FAIL,

    Plaintiff,

v.                                  CASE NO. 4:05cv58-RH/WCS

GARNET & GOLD, INC.,

    Defendant.

_____/

## ORDER EXTENDING DEADLINE
## FOR DEFENDANT'S EXPERT DISCLOSURES

Defendant's unopposed motion to extend the deadline for its Federal Rule of Civil Procedure 26(a)(2) disclosures (document 26) is GRANTED. The deadline is extended to July 29, 2005. The parties may by agreement move the deadline to any earlier or later date. The discovery deadline is not extended.

SO ORDERED this 14th day of July, 2005.

                                                s/Robert L. Hinkle
                                                Chief United States District Judge